# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN BRYANT,<br><br>    Plaintiff,<br><br>  v.<br><br>M. PAYAN,<br><br>    Defendant. | Case No.  1:13-cv-927-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS FOR DISMISSAL OF PLAINTIFF'S ACTION FOR FAILURE TO STATE A CLAIM<br><br>ECF No. 16<br><br>CLERK SHALL CLOSE CASE |

Plaintiff Alvin Bryant ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2013.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2013, the Magistrate Judge filed Findings and Recommendations ("F&R"), recommending that Plaintiff's action be dismissed due to Plaintiff's failure to state a claim. (ECF No. 16.)  Plaintiff has failed to file objections to the F&R.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the F&R to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 28, 2013, are adopted in full;

2. Plaintiff's action is DISMISSED, with prejudice, for failure to state a claim;

3. This dismissal is subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g).  <u>Silva v. Vittorio</u> 658 F.3d 1090, 1098-1099 (9th Cir. 2011)

4. The Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

Dated:   January 2, 2014

SENIOR  DISTRICT  JUDGE

1